| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **EIGHT COPELAND ROAD GROUP, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **47-5563689**

**4. Debtor's address**

**Principal place of business**

**39 Hazelwood Avenue**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

**Essex**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **EIGHT COPELAND ROAD GROUP, LLC**　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | of New Jersey | When | August 13, 2020 | Case number | 20-19536-JKS |
| | District | | When | | Case number | |

Debtor **EIGHT COPELAND ROAD GROUP, LLC**    Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **EIGHT COPELAND ROAD GROUP, LLC** _____ Case number (*if known*) _____
   Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **EIGHT COPELAND ROAD GROUP, LLC**                                    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 5, 2023**
MM / DD / YYYY

X **/s/ Marc Theophile**                                    **Marc Theophile**
Signature of authorized representative of debtor            Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Avram D. White**                                    Date  **September 5, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Avram D. White**
Printed name

**White and Co. Attorneys and Counsellors**
Firm name

**523 Park Avenue**
**Suite 3**
**Orange, NJ 07050**
Number, Street, City, State & ZIP Code

Contact phone  **973-669-0857**       Email address  **avram.randr@gmail.com**

**020562007 NJ**
Bar number and State

```
Belleville Township Tax Collector
152 Washington Avenue
Belleville, NJ 07109


City of Elizabeth
Tax Collector, Rm. 102
50 Winfield Scott Plaza
Elizabeth, NJ 07201-2462


City of Passaic
Attn: Tax Collector
330 Passaic Street
Passaic, NJ 07055


Hillside Tax Collector
Municipal Bldg. & Hillside Ave.
Hillside, NJ 07205


Irfan Hassan
70 Crest Avenue
South Orange, NJ 07079


Irfan Hassan
Richard T. Welch, Esq.
105 Eisenhower Pkwy., Suite 401
Roseland, NJ 07068


Jest Holdings LLC
attn: Solomon Rubin, Esq
2077 CEnter Avenue
Suite 6E
Fort Lee, NJ 07024


LH-NP-STRAT Delaware Owner Trust
280 Park Avenue
3rd Floor
New York, NY 10017


Marc Theophile
8 Copeland Road
Denville, NJ 07834
```

```
Mas Capital, LLC
TAYLOR AND KEYSER
89 Haddon Avenue
Suite B2
Haddonfield, NJ 08033


Napier Park LH-NP Strat Delaware Owner T
280 Park Avenue
3rd Floor
New York, NY 10017


NEW JERSEY DEP
attn: GURBIR GREWAL
RJ Hughes Justice Complex
25 Market Street, PO Box 093
Trenton, NJ 08625-0093


NONE



Revolving Mortgage Investment Trust 2017
US Bank National Association
55 Beattie Place
Suite 100
Greenville, SC 29601


South Orange Tax Collector
Village Hill
101 South Orange Avenue
South Orange, NJ 07079


Town of Guttenberg Tax Collector
6808 Park Avenue
West New York, NJ 07093


Township of Fairfield Tax Collector
attn: J. John McCluskey
230 Fairfield Road
Fairfield, NJ 07004


Township of Lincoln Park
attn: Rabia Ferati
34 Chapel Hill Road
Lincoln Park, NJ 07035
```

```
Township of Little Falls Tax Collector
225 Main Street
Little Falls, NJ 07424


Township of Wayne Tax Collector
475 Valley Road
Wayne, NJ 07470


US Bank National Association
attn: Pluese Becker and Saltzman LLC
20000 Horizon Way
Suite 900
Mount Laurel, NJ 08054


Velocity Commercial Capital Loan Trust
30699 Russell Ranch Rd
Suite 295
Thousand Oaks, CA 91362


Wilmington Savings Fund Society
500 Delaware Avenue
11th Floor
Wilmington, DE 19801
```

# United States Bankruptcy Court
### District of New Jersey

In re  **EIGHT COPELAND ROAD GROUP, LLC**　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　 Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **EIGHT COPELAND ROAD GROUP, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 5, 2023** | **/s/ Avram D. White** |
| Date | **Avram D. White** |
| | Signature of Attorney or Litigant |
| | Counsel for  **EIGHT COPELAND ROAD GROUP, LLC** |
| | **White and Co. Attorneys and Counsellors** |
| | **523 Park Avenue** |
| | **Suite 3** |
| | **Orange, NJ 07050** |
| | **973-669-0857 Fax:888-481-1709** |
| | **avram.randr@gmail.com** |