# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Richard T. Welch, Esq.
**STARR, GERN, DAVISON & RUBIN, P.C.**
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel:    973.403.9200
Email: rwelch@starrgern.com
*Attorneys for Creditor Little Mason Properties, LLC*

| | |
|---|---|
| In Re: <br><br> **EIGHT COPELAND ROAD GROUP, LLC** | <u>Case No.</u>: 23-17756-JKS <br><br> Chapter 11 <br><br> HON. JOHN K. SHERWOOD |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of creditors Little Mason Properties, LLC, and Irfan Hassan. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Richard T. Welch, Esq.
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640

Email address:  rwelch@starrgern.com

DOCUMENTS:

All documents and pleadings of any nature.

Date: September 12, 2023         Signature:   /s/ Richard T. Welch
                                              RICHARD T. WELCH